UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| PAM'S PURPLE DOOR, LLC, | Case No. 5:17-cv-5094 |
| Plaintiff, | |
| v. | **STIPULATION FOR ORDER OF DISMISSAL** |
| HISTORIC PAM'S PURPLE DOOR, LLC | |
| Defendants. | |

It is hereby stipulated and agreed by and between the plaintiff, Pam's Purple Door, LLC, and the defendant, Historic Pam's Purple Door, LLC, by their attorneys, plaintiff's Complaint may be dismissed on its merits, with prejudice, and without costs or further notice to either party.

Dated this 22nd day of March, 2019.

GUNDERSON, PALMER, NELSON & ASHMORE, LLP

By: _____
J. Crisman Palmer
Katelyn A. Cook
P.O. Box 8045
Rapid City, SD 57709
Telephone: (605) 342-1078
E-mail:  cplamer@gpna.com
         kcook@gpna.com
*Attorneys for Plaintiff*

Dated this 22nd day of March, 2019.

BANGS, McCULLEN, BUTLER, FOYE &
SIMMONS, LLP

By: /s/ Daniel F. Duffy
Daniel F. Duffy
Benjamin D. Tronnes
P.O. Box 2670
Rapid City, SD 57709
Telephone: (605) 343-1040
E-mail: dduffy@bangsmccullen.com
btronnes@bangsmccullen.com

*and*

T. John Ward, Jr. *(pro hac vice)*
Claire Abernathy Henry *(pro hac vice)*
Ward, Smith & Hill, PLLC
P.O. Box 1231
Longview, TX 75606-1231
Telephone: (903) 757-6400
E-mail: jw@wsfirm.com
claire@wsfirm.com
*Attorneys for Defendant*